Peter S. Modlin (State Bar No. 151453)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
McDonald's Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>MCDONALD'S CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:06-CV-01852-DFL-GGH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND AMEND COMPLAINT** |

Subject to approval by the Court, McDonald's Corporation ("McDonald's") and Scott N. Johnson hereby stipulate as follows:

1. The default previously entered against McDonald's shall be set aside.

2. Plaintiff shall have leave to amend the complaint to name as a defendant the franchisee that is the owner and operator of the subject restaurant.

3. McDonald's shall file an answer within ten days of service of the amended complaint.

//
//
//
//
//

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION TO SET ASIDE DEFAULT
Case No. 2:06-CV-01852-DFL-GGH

1

21334\1099301.1

| | |
|---|---|
| 1    DATED: October 25, 2006 | FARELLA BRAUN & MARTEL LLP |

By: /s/ Peter S. Modlin
    Peter S. Modlin

Attorneys for Defendant

McDonald's Corporation

DATED: October __, 2006      LAW OFFICES OF SCOTT N. JOHNSON

By:
    Scott N. Johnson,
    Plaintiff

    I hereby attest that I have on file the faxed signature of Scott N. Johnson, indicated above as a conformed signature.

DATED: October 25, 2006      FARELLA BRAUN & MARTEL LLP

By: /s/ Peter S. Modlin
    Peter S. Modlin

Attorneys for Defendant
McDonald's Corporation

IT IS SO ORDERED:

Dated: October 30, 2006

/s/ David F. Levi
Judge of the United States District Court

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400