```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   SCOTT N. JOHNSON,              CIV. S-06-1852 DFL GGH
12             Plaintiff,
13       v.                         ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
14   McDONALD'S CORPORATION,
     etc., et al.,
15
               Defendants.
16   _____/
```

The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than March 28, 2007; and

//

//

1

```
 1        2.  That all hearing dates previously set in this matter
 2   are vacated.
 3        IT IS SO ORDERED.
 4   Dated:  March 9, 2007
 5
 6
                             /s/ David F. Levi
 7                           DAVID F. LEVI
                             United States District Judge
 8
 9
10
...
26
```